**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JERRY ELLIS-HEMBY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 12-0052 (ESH)** |
| ) | |
| **BRANDON TOATLEY,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

On March 19, 2012, defendants filed a motion pursuant to Federal Civil Rule of Procedure 12(b)(1) and (2) to dismiss the complaint for lack of jurisdiction. On March 20, 2012, the Court issued an order advising the *pro se* plaintiff to respond to the motion to dismiss no later than April 20, 2012, and informing her that if she did not timely respond, the motion could be deemed conceded and result in the dismissal of the complaint. (Order, Mar. 20, 2012 [Dkt. No. 6].) Plaintiff has neither responded nor sought an extension of time in which to respond. Accordingly, it is hereby

**ORDERED** that defendants' Motion to Dismiss [Dkt. No. 5] is **GRANTED** as conceded; and it is further

**ORDERED** that the above-captioned matter is **DISMISSED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:        April 24, 2012